# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RICHARD FRY,

                    v.

COLVILLE TRIBAL COURT OF THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION, a federally recognized Indian Tribe and LAWRENCE FRY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-0178-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is hereby entered against Plaintiff.

August 17, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer